1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                         )
FRED GORDON and LESLIE GORDON,      )
                                                         )          No. C06-221RSL
                          Plaintiffs,             )
             v.                                        )
                                                         )          ORDER STRIKING NOTICE
EQUIFAX INFORMATION SERVICES,      )          OF WITHDRAWAL AND
LLC, *et al.*,                                      )          SUBSTITUTION OF COUNSEL
                                                         )
                          Defendants.          )
_____)

        This matter comes before the Court on defendant Equifax Information Services, LLC's

"Notice of Withdrawal and Substitution of Counsel" (Dkt. #48).  Under Local General Rule

2(g)(4)(A), "No attorney shall withdrawal an appearance in any cause, civil or criminal, except

by leave of court.  Leave shall be obtained by filing a motion or a stipulation for withdrawal[.]"

Defendant's counsel did not obtain leave of court as required by this rule.  Accordingly,

defendant's notice of withdrawal (Dkt. #48) is hereby STRICKEN because it does not comply

with Local General Rule 2(g)(4)(A).  Defendant Equifax Information Services, LLC's counsel is

strongly urged to comply with the local rules in any subsequent request for withdrawal.

//

//

ORDER STRIKING NOTICE OF
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL

1   DATED this 12th day of January, 2007.

2

3                             _Mwt S Lasnik_

4                             Robert S. Lasnik
                              United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER STRIKING NOTICE OF
     WITHDRAWAL AND SUBSTITUTION
     OF COUNSEL                      -2-